UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE M. BIZILJ, Administratrix of the Estate of ("NAME OMITTED"), SUZANNE M. BIZILJ, Individually, and ("NAME OMITTED"), Plaintiffs | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:10-CV-30080 |
| DOMENICO J. SPANO, D & T ARMS, LLC, CARL GIUFFRE, PROVOST PRECISION PISTOLS, LLC, EDWARD FLEURY, COP FIREARMS & TRAINING, and WESTFIELD SPORTSMAN'S CLUB, INC. Defendants | ) ) ) ) ) ) ) ) ) | |

## DEFENDANT CARL GIUFFRE'S MOTION TO DISMISS

Now comes the Defendant Carl Giuffre pursuant to Fed.R.Civ.P. 12(b)(1) and respectfully moves that the Court dismiss the complaint and other claims for lack of diversity of citizenship and therefore lack of subject matter jurisdiction.

In support thereof, the Defendant Carl Giuffre joins in and relies upon the Motion to Dismiss and Memorandum of Law in support thereof filed by the Third-Party Defendant, Town Gun Shop, Inc. which argued and established that because the Plaintiffs and five of five Defendants are citizens of Connecticut, diversity of citizenship necessary to confer subject matter jurisdiction pursuant to 28 U.S.C. §1332(a) is lacking, and the case must be dismissed as to all Defendants.

The Defendant requests that this Motion be heard together with Town Gun Club, Inc.'s Motion to Dismiss on November 17, 2010 at 2:30 p.m.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
|  | THE DEFENDANT, Carl Giuffre, |
| DATED: September 16, 2010 | By His Attorney, |

   /s/ Joseph P. Pessolano
Joseph P. Pessolano
Pessolano, Dusel, Murphy & Casartello, P.C.
115 State Street, Fifth Floor
Springfield, MA  01103
(413) 781-4700
jpessolano@pdmcpc.com
BBO#  396240

## CERTIFICATE OF SERVICE

    I, Joseph P. Pessolano, Esq., hereby certify that as true copy of the foregoing document has been served the above date, electronically through the ECF System upon all registered participants as identified on the notice of electronic filing.

September 16, 2010                     /s/ Joseph P. Pessolano
                                            Joseph P. Pessolano, Esq.