UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUZANNE M. BIZILJ, Administratrix of the
Estate of CHRISTOPHER K. BIZILJ,
SUZANNE M. BIZILJ, Individually,
CHARLES D. BIZILJ, and
COLIN C. BIZILJ,

      Plaintiffs

vs.                                                CIVIL ACTION NO. 3:10-CV-30080-MAP

DOMENICO J. SPANO,
D & T ARMS, LLC,
CARL GIUFFRE,
PROVOST PRECISION PISTOLS, LLC
EDWARD FLEURY,
COP FIREARMS & TRAINING,
WESTFIELD SPORTSMAN'S CLUB, INC.,

      Defendants

## DEFENDANT, D&T ARMS, LLC'S, MOTION TO DISMISS

Now comes the Defendant, D&T Arms, LLC, in the above-captioned matter, and moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), to dismiss the Plaintiffs' Complaint for lack of subject matter jurisdiction.

As grounds therefor, the Defendant states that examination of the Plaintiffs' Complaint establishes the lack of complete diversity between the parties as required by 28 U.S.C. §1332, and that the Defendant is an indispensable party to this action, mandating dismissal. In further support hereof, the Defendant relies upon his Memorandum of Law filed herewith.

Wherefore, the Defendant, D&T Arms, LLC, respectfully requests this Honorable Court allow his Motion and dismiss this action in its entirety.

                    The Defendant,
                    D&T Arms, LLC,


By: S/   *Thomas J. Rooke*
     THOMAS J. ROOKE, ESQ.
     73 Chestnut Street
     Springfield, MA  01103
     Tel: (413) 731-9000
     Fax: (413) 731-1302
     BBO#549087


## CERTIFICATE OF SERVICE

I, Thomas J. Rooke, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on October 22, 2010.


 S/   *Thomas J. Rooke*
THOMAS J. ROOKE, ESQ.
73 Chestnut Street
Springfield, MA  01103
Tel: (413) 731-9000
Fax: (413) 731-1302
BBO#549087