# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUZANNNE M. BIZILJ, ET AL.,           )
    Plaintiff(s)                              )
                                                       )
             v.                                  )       CIVIL ACTION NO. 3:10-cv-30080 -MAP
                                                       )
WESTFIELD SPORTSMAN'S CLUB,  )
ET AL.,                                              )
    Defendant(s)                          )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Westfield Sportsman's Club, et al., against the plaintiffs Suzanne M. Bizilj, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: November 18, 2010                        By /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                 Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                              [jgm.]